

Elizabeth R. Loveridge, #6025
Chapter 7 Trustee
265 East 100 South, Suite 300
P. O. Box 3358
Salt Lake City, Utah 84110-3358
Telephone: (801) 364-1100

Chapter 7 Trustee

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## DISTRICT OF UTAH, CENTRAL DIVISION

| In re: | |
|---|---|
| **Sean Ian Timothy Jacobs**<br>**Patricia Ann Jacobs**<br>SSN: XXX-XX-6730<br>SSN: XXX-XX-3308<br><br>Debtor(s) | Case No. 09-31032 WTT<br>Chapter 7 |

### NOTICE OF PAYMENT OF SMALL DIVIDENDS INTO THE
### UNITED STATES BANKRUPTCY COURT REGISTRY

Elizabeth R. Loveridge, the duly appointed and acting trustee in the above-captioned bankruptcy estate, pursuant to Rule 3010, Rules of Bankruptcy Procedure, hereby gives notice of payment of small dividends in to the United States Bankruptcy Court registry and represents to the Court that:

1. On January 25, 2011 the Court approved the trustee's final report and proposed distribution.

2. Pursuant to the proposed distribution, the following are the unsecured creditors having dividends less than $5.00:

| Claim No. | Creditor's name | Creditor's Address | Proposed Payment |
|---|---|---|---|
| 5. | Belnap Surgical Assoc. | PO Box 17600<br>SLC, UT 84117 | $0.87 ✓ |
| 9. | Living Scriptures | 3625 Harrison Blvd<br>Ogden, UT 84403 | $4.25 ✓ |

3. These funds are on deposit in Bank of America, account number 4437800633.

4. Checks in the amount of Eighty-Seven Cents ($0.8) and Four Dollars and Twenty-Five Cents ($4.25), representing said funds have been made payable to the Clerk, U.S. Bankruptcy Court and are attached hereto.

**DATED** February 2, 2011

                                                    Woodbury & Kesler, P.C.

                                                  Elizabeth R. Loveridge
                                                  Chapter 7 Trustee

## CERTIFICATE OF SERVICE

I hereby certify that on February 2, 2011, I caused a true and correct copy of the foregoing **NOTICE OF PAYMENT OF SMALL DIVIDENDS INTO THE UNITED STATES BANKRUPTCY COURT REGISTRY** to be mailed, postage prepaid, to:

>Office of the United States Trustee
>Attn: Rayla Meyer
>Ken Garff Building
>405 South Main Street
>Suite 300
>Salt Lake City, UT  84111

>Sean Jacobs & Patricia Jacobs
>61 Aspen Way
>Grantsville, UT 84029-9318

>Brent K. Wamsley
>Wamsley & Associates
>4360 South Redwood Road
>Suite 1
>Salt Lake City, UT 84123-2204

*[signature]*

Date: 02/02/11

**DIVIDENDS REMITTED TO THE COURT**

Page:

Case Number 09-31032 - Jacobs, Sean Ian Timothy

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| **Belnap Surgical Associates**<br>P.O. Box 17600<br>Salt Lake City, UT 84117 | 000005 | 52.20 | 0.87 |
| **Living Scriptures**<br>3625 Harrison Blvd.<br>Ogden, UT 84403 | 000009 | 254.32 | 4.25 |
| ---------- Remittance Total --------------- | | 306.52 | 5.12 |

Elizabeth R. Loveridge, Trustee

COURT1                                                                                                    Printed: 02/02/11 11:11 AM    Ver: 16.01c