

Elizabeth R. Loveridge, #6025
Chapter 7 Trustee
265 East 100 South, Suite 300
P. O. Box 3358
Salt Lake City, Utah 84110-3358
Telephone: (801) 364-1100

Chapter 7 Trustee

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| In re: | |
|---|---|
| **Sean Ian Timothy Jacobs**<br>**Patricia Ann Jacobs**<br>SSN: XXX-XX-6730<br>SSN: XXX-XX-3308 | Case No. 09-31032 WTT<br>Chapter 7 |
| Debtor(s) | |

## NOTICE OF PAYMENT OF SMALL DIVIDENDS INTO THE UNITED STATES BANKRUPTCY COURT REGISTRY

Elizabeth R. Loveridge, the duly appointed and acting trustee in the above-captioned bankruptcy estate, pursuant to Rule 3010, Rules of Bankruptcy Procedure, hereby gives notice of payment of small dividends in to the United States Bankruptcy Court registry and represents to the Court that:

1.      On January 25, 2011, the Court approved the trustee's final report and proposed distribution.

2.      On February 24, 2011, the Trustee received a check in the amount of $455.39 from Sallie Mae, with correspondence that indicated that their claim number 10 had been paid in full and that the check represented a refund to the bankruptcy estate.

3.    On March 22, 2011, the Trustee made a second distribution to the creditors.

4.    Pursuant to the second proposed distribution, the following are the unsecured

creditors having dividends less than $5.00:

| Claim No. | Creditor's name | Creditor's Address | Proposed Payment |
|---|---|---|---|
| 2. | American Infosource LP Agent for Target | PO Box 248866 Oklahoma City, OK 73124 | $4.48 |
| 4. | Express Recovery Services | PO Box 26415 Salt Lake City, UT 84126 | $3.95 |
| 5. | Belnap Surgical Associates | PO Box 17600 Salt Lake City, UT 84117 | $0.37 |
| 9. | Living Scriptures | 3625 Harrison Blvd Ogden, UT 84403 | $1.78 |

5.    These funds are on deposit in Bank of America, account number 4437800633.

6.    Checks in the amount of Four Dollars and Forty-Eight Cents ($4.48), Three Dollars

and Ninety-Five Cents ($3.95), Thirty-Seven Cents ($0.37), and One Dollar and Seventy-Eight

Cents ($1.78) representing said funds have been made payable to the Clerk, U.S. Bankruptcy Court

and are attached hereto.

**DATED** March 22, 2011

Woodbury & Kesler, P.C.

Elizabeth R. Loveridge
Chapter 7 Trustee

## CERTIFICATE OF SERVICE

I hereby certify that on March 22, 2011, I caused a true and correct copy of the foregoing **NOTICE OF PAYMENT OF SMALL DIVIDENDS INTO THE UNITED STATES BANKRUPTCY COURT REGISTRY** to be mailed, postage prepaid, to:

> Office of the United States Trustee
> Attn: Rayla Meyer
> Ken Garff Building
> 405 South Main Street
> Suite 300
> Salt Lake City, UT  84111
>
> Sean Ian Timothy Jacobs & Patricia Ann Jacobs
> 61 Aspen Way
> Grantsville, UT 84029-9318
>
> Brent K. Wamsley
> 4360 South Redwood Road
> Suite 1
> Salt Lake City, UT  84123

## DIVIDENDS REMITTED TO THE COURT

Case Number 09-31032 - Jacobs, Sean Ian Timothy

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| **American Infosource Lp As Agent for Target**<br>**PO Box 248866**<br>**Oklahoma City, OK 73124-8866**<br>   Target | 000002 | 638.52 | 4.48 |
| **Express Recovery Services**<br>**P.O. Box 26415**<br>**Salt Lake City, UT 84126**<br>   acct # 3408420 (collection for Utah Imaging Assoc & Dr. John Douglas) | 000004 | 564.25 | 3.95 |
| **Belnap Surgical Associates**<br>**P.O.Box 17600**<br>**Salt Lake City, UT 84117** | 000005 | 52.20 | 0.37 |
| **Living Scriptures**<br>**3625 Harrison Blvd.**<br>**Ogden, UT 84403** | 000009 | 254.32 | 1.78 |
| ----------- Remittance Total -------------- | | 1,509.29 | 10.58 |

Elizabeth R. Loveridge, Trustee

Case Number: 09-31032      WTT                         Page  1                                    Date: March 22, 2011
Debtor Name: Jacobs, Sean Ian Timothy \ Jacobs, Patricia Ann

| Claim # | Payee Name | Class | Priority | Amount | Paid to Date | Claim Balance | Proposed Pymt | Funds Remaining |
|---------|-----------|-------|----------|--------|--------------|---------------|---------------|-----------------|
| Beginning Balance | | | | | | | | $455.39 |
| | Elizabeth Rose Loveridge COMPENSATION | Admin | | $529.37 | $529.37 | $0.00 | $0.00 | $455.39 |
| | Elizabeth Rose Loveridge EXPENSES | Admin | | $47.63 | $47.63 | $0.00 | $0.00 | $455.39 |
| 000001 | Discover Bank | Unsec | 070 | $4,650.69 | $77.68 | $4,573.01 | $32.60 | $422.79 |
| 000002 | American Infosource Lp As Agent for | Unsec | 070 | $638.52 | $10.66 | $627.86 | $4.48 | $418.31 |
| 000003 | HeritageWest Federal Credit Union | Unsec | 070 | $8,547.36 | $142.76 | $8,404.60 | $59.92 | $358.39 |
| 000004 | Express Recovery Services | Unsec | 070 | $564.25 | $9.43 | $554.82 | $3.95 | $354.44 |
| 000005 | Belnap Surgical Associates | Unsec | 070 | $52.20 | $0.87 | $51.33 | $0.37 | $354.07 |
| 000006 | Chase Bank USA, N.A. | Unsec | 070 | $3,528.33 | $58.93 | $3,469.40 | $24.74 | $329.33 |
| 000007 | Chase Bank USA, N.A. | Unsec | 070 | $9,970.48 | $166.54 | $9,803.94 | $69.89 | $259.44 |
| 000008 | Chase Bank USA, N.A. | Unsec | 070 | $3,569.21 | $59.62 | $3,509.59 | $25.01 | $234.43 |
| 000009 | Living Scriptures | Unsec | 070 | $254.32 | $4.25 | $250.07 | $1.78 | $232.65 |
| 000011 | GE Money Bank | Unsec | 070 | $809.24 | $13.52 | $795.72 | $5.67 | $226.98 |
| 000012 | GE Money Bank | Unsec | 070 | $812.52 | $13.57 | $798.95 | $5.70 | $221.28 |
| 000013 | GE Money Bank | Unsec | 070 | $3,666.69 | $61.24 | $3,605.45 | $25.71 | $195.57 |
| 000014 | GE Money Bank | Unsec | 070 | $2,077.18 | $34.69 | $2,042.49 | $14.56 | $181.01 |
| 000015 | GE Money Bank | Unsec | 070 | $2,897.82 | $48.40 | $2,849.42 | $20.31 | $160.70 |
| 000016 | Fia Card Services, NA/Bank of America | Unsec | 070 | $11,165.20 | $186.49 | $10,978.71 | $78.27 | $82.43 |
| 000017 | Fia Card Services, NA/Bank of America | Unsec | 070 | $3,534.10 | $59.03 | $3,475.07 | $24.77 | $57.66 |
| 000018 | Fia Card Services, NA/Bank of America | Unsec | 070 | $8,225.60 | $137.39 | $8,088.21 | $57.66 | $0.00 |

Case Number: 09-31032    WTT                           Page  2                              Date: March 22, 2011
Debtor Name: Jacobs, Sean Ian Timothy \ Jacobs, Patricia Ann

| Claim # | Payee Name | Class | Priority | Amount | Paid to Date | Claim Balance | Proposed Pymt | Funds Remaining |
|---------|------------|-------|----------|--------|--------------|---------------|---------------|-----------------|
| << Totals >> | | | | $65,540.71 | $1,662.07 | $63,878.64 | $455.39 | $0.00 |

Proposed distribution is dependent on the Court's rulings on administrative expenses, contest of claims, and/or objections made to this proposed distribution.